IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRONTIER ENERGY HOLDING GROUP, LLC;
and DAN K. EBERHART,

        Plaintiffs,

  vs.                                         No. CIV 09-981 MV/LFG

JOHN L. SUPROCK; PCS BUSINESS
BROKERS, LLC; and DOES 1-20,

        Defendants.

**ORDER GRANTING IN PART**
**DEFENDANTS' MOTION TO COMPEL DISCOVERY**

THIS MATTER came before the Court on the Motion to Compel Discovery [Doc. 69] filed by Defendants John L. Suprock and PCS Business Brokers, LLC. The Court considered Defendants' Motion and Memorandum in Support [Doc. 70], Plaintiffs' Response [Doc. 77], Declaration of Gabriel G. Green [Doc. 78], Declaration of Curtis Leonard [Doc. 79], Defendants' Reply [Doc. 85] and Plaintiffs' Surreply [Doc. 97].

In addition, because a number of documents were produced by Plaintiffs during the time this Motion was being briefed, the Court conducted a telephonic conference with counsel on July 30, 2010 to clarify which documents requests remain in dispute.

At the conference, the parties agreed to resolve the discovery dispute. Their agreement is incorporated into this Order, as follows.

IT IS THEREFORE ORDERED that Plaintiff Frontier Energy Holding Group, LLC ("Frontier") will produce, to the extent they exist, the letters of intent prepared in connection with Frontier's acquisition of Western Wellhead Service, LLC; Cable, Inc.; and Kodiak Stacktesting, Inc.

IT IS FURTHER ORDERED that Frontier will produce organizational charts for the three companies listed above showing how these entities fit into Frontier's network, and if such charts do not exist, Frontier will create them.

IT IS FURTHER ORDERED that the production ordered herein will occur within ten days of the date of this Order.

*Lorenzo F. Garcia*
Lorenzo F. Garcia